UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHADEA ROBERTSON**,<br>Plaintiff,<br>v.<br>**E LIGHT ELECTRICAL SERVICES, INC.**,<br>Defendant. | Case No. 15-cv-03055-YGR<br><br>**ORDER DENYING STIPULATED REQUEST TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PENDING MOTIONS**<br><br>Re: Dkt. No. 21 |

The parties have filed a stipulated request to continue the hearing date and briefing schedule on two pending motions, namely defendant's motion to compel individual arbitration and plaintiff's motion to remand. (Dkt. No. 21.) The request is **DENIED WITHOUT PREJUDICE**. The Court is not inclined to allow cases and motions to sit unresolved on its docket for the length of time requested by the parties, especially in light of the fact that many other mediators experienced in class actions are likely available to assist the parties at an earlier date. Alternatively, the parties may choose to stipulate to referral to a magistrate judge of their choice for all purposes including trial.

This Order terminates Docket Number 21.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**